IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY L. DAVIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> VALLEY FORGE MILITARY ACADEMY AND COLLEGE, <br><br> Defendant. | CIVIL ACTION <br><br> Case No.: 2:23-cv-02004 <br><br> **ORDER** |

**ORDER**

    **AND NOW**, this  28th  day of March, 2025, upon consideration of the Joint Stipulation for Extension of Discovery Deadlines, it is hereby **ORDERED** that the deadlines shall be set as follows:

    1.    All remaining fact-discovery, if any, shall be completed on or before **May 2, 2025**.

    2.    Both Parties' expert reports, if any, shall be completed on or before **June 2, 2025**.

    3.    Any responses or rebuttal reports to expert witness discovery, if any, shall be completed on or before **July 7, 2025**.

    4.    All expert discovery, including all expert witness depositions, if any, shall be completed on or before **August 5, 2025**.

    5.    Any dispositive motions, if any, shall be filed and served on or before **September 5, 2025**.

    6.    Any responses to dispositive motions, if any, shall be filed and served on or before **October 6, 2025**.

2

7.    On or before **May 2, 2025**, the parties, through counsel, shall submit a joint report to the Court regarding the efficacy of a settlement conference before a magistrate judge or some other form of alternative dispute resolution in resolving this case.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge
**J.**