**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RANDY L. DAVIS, JR.,**<br>**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **VALLEY FORGE MILITARY ACADEMY AND COLLEGE,**<br>**Defendant.** | **NO. 23-2004** |

**O R D E R**

**AND NOW**, this 21st day of August, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 34, 42) and Plaintiff's opposition thereto (ECF No. 41), **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** as to Plaintiff's claim for disability discrimination under an adverse employment action theory and **DENIED** as to Plaintiff's claim for disability discrimination under a failure to accommodate theory.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**